IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                          : CIVIL NO: C-1-00-272
                              : JUDGE WEBER

BRENDA K. HAWS,

    Defendant.

## SATISFACTION OF JUDGMENT

The judgment in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to satisfy said judgment of record.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

_____
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney
303 Marconi Blvd, Suite 200
Columbus, Ohio 43215
(614) 469-5715